UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASOUD KHAZALI,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY, *et al.*,<br><br>                Defendants. | Case No. C20-0270-BJR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's original and amended complaints, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)  The Report and Recommendation is approved and adopted;

(2)  Plaintiff's original and amended complaints (Dkts. 10, 15) and this action are DISMISSED with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state any claim upon which relief may be granted. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g); and

//

//

ORDER DISMISSING ACTION - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 4th day of January, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DISMISSING ACTION - 2